JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LE'BRETTE STACEY WINN, | Case No. CV 17-09144 DOC (AFM) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| SECRETARY OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 6, 2018

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE